United States District Court
For the Northern District of California

1
2
3
4
5                 UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7

8  JOE BELL, JR.,                          No. C 07-6134 MHP (pr)

9            Petitioner,                    **JUDGMENT**

10      v.

11  BEN CURRY, warden,

12            Respondent.
                                      /
13

14      The petition for writ of habeas corpus is denied on the merits.

15      IT IS SO ORDERED AND ADJUDGED.

16  DATED: October 12, 2010
                                      _____
17                                    Marilyn Hall Patel
                                      United States District Judge
18
19
20
21
22
23
24
25
26
27
28